HENRY H. CRAWFORD & another *vs.* HIRAM E. CAPEN.

TORT, by members of a partnership, against a deputy sheriff, for breaking and entering the plaintiffs' close, and removing certain articles of personal property therefrom. The defendant justified under a writ against one of the partners, upon which he attached the goods of the firm, and removed them.

At the trial in the Superior Court, *Knowlton*, J. ruled that partnership property might be attached upon a writ against one partner. The jury returned a verdict for the defendant; and the plaintiffs alleged exceptions.

*H. W. King*, for the plaintiffs.

*F. T. Blackmer*, for the defendant.

BY THE COURT. This case falls within the decision in *Sanborn* v. *Royce*, *supra*. *Exceptions sustained.*